UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO:  DR:09-CR-00446(1)-AM |
| | § | |
| (1) BILLY DON LUNSFORD | § | |

**ORDER REVOKING SUPERVISED RELEASE
AND RE-SENTENCING DEFENDANT**

On **January 25, 2016**, came on to be heard before the Court, the Government's Petition to Revoke the Defendant's term of supervised release filed on **November 04, 2015**.  The defendant, **(1) BILLY DON LUNSFORD**, appeared with his attorney **Sostenes Mireles II**, and the government appeared by Assistant United States Attorney, **Ralph Paradiso**, in the above-entitled and numbered criminal action.

The defendant pled <u>not true</u> to the Violations alleged in the Petition to Revoke Supervised Release.

The Court finds by a preponderance of the evidence, after having conducted an evidentiary final revocation hearing on **January 25, 2016**, that the defendant has violated the terms of  supervised release as alleged in the said petition.  Thus, the Government's petition to revoke will be and is hereby **GRANTED**.

It is hereby ORDERED that the terms of supervised release ordered on **November 24, 2009**,  as set out in the judgment entered on **November 24, 2009**, being the same, is hereby revoked and set aside pursuant to the Sentencing Reform Act of 1984.

It is further **ORDERED** that the defendant, **(1) BILLY DON LUNSFORD**   be

committed to the custody of the U.S. Bureau of Prisons for a term of **FOURTEEN (14) months**, pursuant to 18 U.S.C. § 3583(e)(3) with credit for time served from **November 10**, **2015**, forward.   No further term of supervised release is imposed.

The Court recommends that the defendant be incarcerated as close to FCI Bastrop, as possible.

SIGNED on this **26th day of January, 2016**.

_____
ALIA MOSES
UNITED STATES DISTRICT JUDGE

## **RETURN**

I have executed this Revocation Order as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____ , with a certified copy of this Order.

_____
United States Marshal

By: _____
Deputy Marshal